**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03204-NRN

CURTIS A. BERGERON,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES, CURTIS A. BERGERON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, DIVERSIFIED CONSULTANTS, INC., with prejudice. Each party shall bear its own costs and attorney fees. Respectfully submitted this 13th day of January, 2020.

                                          s/ Nathan C. Volheim
                                          *Nathan C. Volheim*
                                          Sulaiman Law Group, Ltd.
                                          2500 S. Highland Avenue, Suite 200
                                          Lombard, IL 60148
                                          Telephone: (630) 575-8181 x113
                                          Fax: (630) 575-8188
                                          Email: nvolheim@sulaimanlaw.com
                                          Attorney for Donald T. Jones

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                           s/ Nathan C. Volheim_____
                                                         Nathan C. Volheim